DEBORAH M. SMITH
Acting United States Attorney

LARRY D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| | ) | |
| Plaintiff, | ) | COUNT 1: |
| | ) | FELON IN POSSESSION OF A |
| | ) | FIREARM |
| v. | ) | Vio. 18 U.S.C. §§ 922(g)(1) and |
| | ) | 924(a)(2) |
| | ) | |
| | ) | COUNT 2: |
| PAUL MICHAEL EVANS, | ) | POSSESSION OF A FIREARM WITH |
| | ) | AN OBLITERATED SERIAL NUMBER |
| Defendant. | ) | Vio. 18 U.S.C. §§ 922(k) and 924(a)(2) |
| | ) | |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about January 1, 2006, in the District of Alaska, the defendant, PAUL MICHAEL EVANS, did knowingly possess in or affecting commerce, a firearm, to wit: a

Tanfoglio, .45 caliber semiautomatic handgun, model Witness-P, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year.

All of which is in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2

On or about January 1, 2006, in the District of Alaska, the defendant, PAUL MICHAEL EVANS, did knowingly possess in or affecting commerce, a firearm, to wit: Tanfoglio, .45 caliber semiautomatic handgun, model Witness-P, from which the

//

//

//

manufacturer's serial number had been obliterated.

All of which is in violation of Title 18, United Stated Code, Sections 922(k) and 924(a)(2).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Larry D. Card
LARRY D. CARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: larry.card@usdoj.gov
Alaska Bar No. 8011068

s/ Deborah M. Smith
DEBORAH M. SMITH
Acting United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: deb.smith@usdoj.gov

DATED: March 22, 2006