DEBORAH M. SMITH
Acting United States Attorney

LARRY D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of ) | Case No. 3:06-cr-00028-RRB |
| ) | |
| PAUL MICHAEL EVANS, ) | PETITION FOR WRIT OF |
| ) | HABEAS CORPUS AD |
| On Writ of Habeas Corpus ) | PROSEQUENDUM |
| ) | |

TO: The Honorable Judge of the United States District Court:

Your Petitioner respectfully shows:

PAUL MICHAEL EVANS, who is imprisoned by the State of Alaska Department of Corrections, at Anchorage Correctional Center - East, Alaska, is a defendant in a certain cause now pending before this court, to wit: United States of America v. PAUL MICHAEL EVANS, Case No. 3:06-cr-00028-RRB-JDR, which is necessary to schedule an arraignment/initial appearance.

WHEREFORE, Petitioner prays that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of

Alaska Department of Corrections to bring the said defendant before the court in Anchorage, Alaska for the hearing, as well as further proceedings, and to be returned to the State of Alaska Department of Corrections.

                                          DEBORAH M. SMITH
                                          Acting United States Attorney

DATED: March 27, 2006        s/ Larry D. Card
                                          LARRY D. CARD
                                          Assistant U.S. Attorney
                                          222 West 7th Ave., #9, Rm. 253
                                          Anchorage, AK 99513-7567
                                          Phone: (907) 271-5071
                                          Fax: (907) 271-1500
                                          E-mail: larry.card@usdoj.gov
                                          Alaska Bar No. 8011068