MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs PAUL MICHAEL EVANS         CASE NO. 3:06-cr-00028-RRB
Defendant: X Present    X In Custody

BEFORE THE HONORABLE            JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          ROBIN M. CARTER

UNITED STATES ATTORNEY:         LARRY CARD

U.S.P.O.:                       PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD 4/3/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:05 p.m. court convened.

X Copy of Indictment given to defendant: read.

X Defendant sworn.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X Defendant states true name:   Sane as above     Age: 30

X Financial Affidavit **FILED**.
   X Federal Public Defender to designate counsel; FPD notified.

X PLEAS: Not Guilty to Counts 1 and 2 of the Indictment.

X Defendant detained/Detention Hearing set for **April 6, 2006 at 11:30 a.m.** Order of Temporary Detention **FILED**.

X Pretrial motions due **April 19, 2006**; Order for the Progression of a Criminal Case **FILED**.

X Court advised counsel trial date had not been set.

X OTHER: Government counsel unavailable May 1-17, 2006.

At 3:22 p.m. court adjourned.


DATE: April 3, 2006        DEPUTY CLERK'S INITIALS:    Rc

Case 3:06-cr-00028-RRB     Document 6     Filed 04/03/2006     Page 2 of 2