M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PAUL MICHAEL EVANS,<br><br>    Defendant. | Case No. 3:06-cr-0028-RRB<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO CONTINUE BOND HEARING** |

   Defendant, Paul Michael Evans, by and through counsel M. J. Haden, Assistant Federal Defender, moves this court on shortened time to continue the bond hearing currently scheduled for Thursday, April 6, 2006, at 11:30 a.m.  This requests is made because Mr. Evans is in the process of completing a proposal for release.  In order to afford pretrial services the necessary time to review a third-party application, Mr. Evans requests that the hearing be continued until the week of April 11, 2006.

   Undersigned counsel is scheduled to be in Fairbanks on April 12, 2006, through April 13, 2006.  Assistant United States Attorney Larry Card is unopposed to this motion.

DATED this 5th day of April 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:
I certify that on April 5, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Larry D. Card, Esq.

/s/ M. J. Haden