UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>PAUL MICHAEL EVANS,<br><br>                Defendant. | Case No. 3:06-cr-0028-RRB<br><br>**PROPOSED<br>ORDER** |

After due consideration of defendant's motion on shortened time, the court GRANTS/DENIES the motion.

After due consideration of defendant's motion to continue the bond hearing, the court GRANTS/DENIES the motion. The bond hearing currently scheduled for Thursday, April 6, 2006, at 11:30 a.m. is hereby vacated. The hearing is rescheduled for April _____, 2006 at _____ a.m./p.m.

DATED April _____, 2006, in Anchorage, Alaska.

_____
TERRANCE W. HALL
United States Magistrate Judge