DEBORAH M. SMITH
Acting United States Attorney

LARRY CARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-1500
larry.card@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL MICHAEL EVANS<br><br>Defendant. | No.  3:06-CR-028<br><br>DISCOVERY CONFERENCE CERTIFICATE |

This document certifies that the defendant, Pail Evans, through his/her counsel have requested discovery from the United States, pursuant to Fed. R. Crim. P. 16, and that the United States provided discovery in this case to the defendant on April 5, 2006 and will continue to provide other discovery as it becomes available.

RESPECTFULLY submitted April 5, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Larry Card
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-1500
larry.card@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on April 5, 2006, a copy of the foregoing,
was served, electronically, on:

MJ Haden
Assistant Federal Defender

s/Larry Card