UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PAUL MICHAEL EVANS,<br><br>　　　　　Defendant. | Case No. 3:06-cr-0028-RRB<br><br>**PROPOSED<br>ORDER** |

　　　　After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

　　　　After due consideration of defendant's motion to continue the bond hearing, the court GRANTS the motion. The bond hearing currently scheduled for Thursday, April 6, 2006, at 11:30 a.m. is hereby vacated. **The hearing is rescheduled for April 12, 2006 at 2:00 p.m.**

　　　　DATED April 5, 2006, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　/s/ John D. Roberts
　　　　　　　　　　　　　　　　JOHN D. ROBERTS
　　　　　　　　　　　　　　　　United States Magistrate Judge