M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>PAUL MICHAEL EVANS,<br><br>               Defendant. | Case No. 3:06-cr-0028-RRB<br><br>**MOTION ON SHORTENED TIME TO VACATE BOND HEARING** |

      Defendant, Paul Michael Evans, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time to vacate the bond hearing currently scheduled for Tuesday, April 11, 2006, at 2:00 p.m.  At the current time Mr. Evans does not have a proposal for release.  Mr. Evans will notify the court in writing if his current status changes and he desires to have a hearing.

///

///

///

DATED this 10th day of April, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on April 10, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Larry D. Card, Esq.

/s/ M. J. Haden