UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>PAUL MICHAEL EVANS,<br><br>          Defendant. | Case No. 3:06-cr-0028-RRB<br><br>**PROPOSED**<br>**ORDER VACATING BOND HEARING** |

After due consideration of defendant's motion on shortened time, the court GRANTS/DENIES the motion.

After due consideration of defendant's motion to vacate the bond hearing currently scheduled for Tuesday, April 11, 2006, at 2:00 p.m., the hearing is hereby vacated.

DATED April _____, 2006, in Anchorage, Alaska.

                                                                                                     _____<br>                                                                                                       John D. Roberts<br>                                                                               United States Magistrate Judge