UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PAUL MICHAEL EVANS,<br><br>　　　　　　Defendant. | Case No. **3:06-cr-0028-RRB-JDR**<br><br>**ORDER<br>VACATING BOND HEARING** |

　　　　　After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

　　　　　After due consideration of defendant's motion to vacate the bond hearing currently scheduled for Tuesday, April 11, 2006, at 2:00 p.m., the hearing is hereby vacated.

　　　　　DATED this 10th day of April, 2006, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　/s/ John D. Roberts
　　　　　　　　　　　　　　　　　　　JOHN D. ROBERTS
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge