DEBORAH M. SMITH
Acting United States Attorney

LAWRENCE D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL MICHAEL EVANS,<br><br>Defendant. | No. 3:06-cr-00028-RRB-JDR<br><br>COUNT 1:<br>FELON IN POSSESSION OF A FIREARM<br>    Vio. 18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br><br>COUNT 2:<br>POSSESSION OF A FIREARM WITH AN OBLITERATED SERIAL NUMBER<br>    Vio. 18 U.S.C. §§ 922(k) and 924(a)(2)<br><br>COUNT 3:<br>POSSESSION OF A FIREARM BY A PROHIBITED PERSON<br>    Vio. 18 U.S.C. §§ 922(g)(9) and 924(a)(2) |

## FIRST SUPERSEDING INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about January 1, 2006, in the District of Alaska, the defendant, PAUL

MICHAEL EVANS, did knowingly possess in or affecting commerce, a firearm, to wit: a

Tanfoglio, .45 caliber semiautomatic handgun, model Witness-P, having previously been

convicted of a crime punishable by imprisonment for a term exceeding one year.

All of which is in violation of Title 18, United States Code, Sections 922(g)(1) and

924(a)(2).

## COUNT 2

On or about January 1, 2006, in the District of Alaska, the defendant, PAUL

MICHAEL EVANS, did knowingly possess in or affecting commerce, a firearm, to wit:

Tanfoglio, .45 caliber semiautomatic handgun, model Witness-P, from which the

manufacturer's serial number had been obliterated.

All of which is in violation of Title 18, United Stated Code, Sections 922(k) and

924(a)(2).

## COUNT 3

On or about January 1, 2006, in the District of Alaska, the defendant, PAUL

MICHAEL EVANS, did knowingly possess in or affecting commerce, a firearm, to wit: a

Tanfoglio, .45 caliber semiautomatic handgun, model Witness-P, from which the

manufacturer's serial number had been obliterated, with the defendant having previously

//

2

been convicted of the following misdemeanor crime of domestic violence:

| Offense | Court | Date | Case # |
|---------|-------|------|--------|
| Domestic Violence Assault | State of Alaska | 3/14/05 | 3AN-05-587 cr |

All of which is in violation of Title 18, United States Code, Sections 922(g)(9) and

924(a)(2).

    A TRUE BILL.

                         s/ Grand Jury Foreperson
                         GRAND JURY FOREPERSON

s/ Lawrence D. Card
LAWRENCE D. CARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: larry.card@usdoj.gov
Alaska Bar No. 8011068

s/ Deborah M. Smith
DEBORAH M. SMITH
Acting United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: deb.smith@usdoj.gov

DATED:  4/18/06