**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA   v.   PAUL MICHAEL EVANS

THE HONORABLE JOHN D. ROBERTS

DEPUTY CLERK                           CASE NO.  3:06-cr-00028-RRB

Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: April 20, 2006

    **ARRAIGNMENT** on the First Superseding Indictment in the above-captioned case is hereby set for Monday, April 24, 2006, at 10:00 a.m., before John D. Roberts, U.S. Magistrate Judge, in Magistrate Judge Courtroom **#6**, Federal Building - U.S. Courthouse, 222 West Seventh Avenue, Anchorage, Alaska.

[]{ARRAIGNR.WPD*Rev.3/97}