```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs.  PAUL MICHAEL EVANS       CASE NO.  3:06-cr-00028-RRB
Defendant: X Present X In Custody

BEFORE THE HONORABLE:              JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:             ROBIN M. CARTER

UNITED STATES' ATTORNEY:           LARRY CARD

DEFENDANT'S ATTORNEY:              M.J. HADEN

U.S.P.O.:                          PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON FIRST SUPERSEDING INDICTMENT
             HELD 4/24/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:04 a.m. court convened.

X Copy of First Superseding Indictment given to defendant; read.

X Defendant advised of general rights. X Waived full advisement.

X Defendant advised of charges and penalties.

X PLEA: Not guilty to count 3 of the First Superseding Indictment

X Pretrial motions due **May 4, 2006** as to Count 3 only.

X OTHER: Court advised counsel of trial by jury date previously
set for **6/5/06**.

At 10:08 a.m. court adjourned.

DATE: April 24, 2006          DEPUTY CLERK'S INITIALS:   rc