M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>PAUL MICHAEL EVANS,<br><br>               Defendant. | Case No. 3:06-cr-0028-RRB<br><br>**MOTION ON SHORTENED TIME FOR BAIL REVIEW HEARING** |

        Paul Michael Evans asks this court on shortened time for an order setting this matter on for a bail review hearing at a date and time convenient for the court and for the parties.  Mr. Evans proposes that he be released under the following conditions:

- Reside with his brother and sister-in-law, Nicholas and Ebony Evans, at 6806 Colonial Court, Anchorage, Alaska;

- Allowed to resume his employment at Allison's Relocation;

- Subject to a curfew of 7 p.m. to 7 a.m.;

- Electronic monitoring during curfew hours;

- No unsupervised contact with Elizabeth Brandt;

- U/As as directed by probation;

- Not depart the Greater Anchorage Area;

- Not possess weapons;

- Subject to search at the request of any law enforcement/probation officer;

- Unsecured bond in the amount of $25,000.

DATED this 26th day of April, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on April 26, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Larry D. Card, Esq.

/s/ M. J. Haden