UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>PAUL MICHAEL EVANS,<br><br>            Defendant. | Case No. 3:06-cr-0028-RRB<br><br>**PROPOSED<br>ORDER SCHEDULING<br>BAIL REVIEW HEARING** |

　　　　After due consideration of defendant's motion on shortened time, the court GRANTS/DENIES the motion.

　　　　After due consideration of defendant's motion for a bail review hearing, the court GRANTS/DENIES the motion. A bail review hearing is hereby scheduled for May ____, 2006, at _____ a.m./p.m.

　　　　DATED _____, 2006, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　John D. Roberts
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge