UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>PAUL MICHAEL EVANS,<br><br>               Defendant. | **Case No. 3:06-cr-00028-RRB-JDR**<br><br>**ORDER SCHEDULING<br>BAIL REVIEW HEARING**<br>(Docket No. 23) |

      After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

      After due consideration of defendant's motion for a bail review hearing, the court GRANTS the motion. A bail review hearing is hereby scheduled for Monday, May 1, 2006, at 10:00 a.m.

      DATED this 26th day of April, 2006, at Anchorage, Alaska.

                        /s/John D. Roberts
                        JOHN D. ROBERTS
                        United States Magistrate Judge