(Rev 5/06)    LIST OF WITNESSES AND EXHIBITS
---

Case No. 3:06-cr-00028-RRB    Judge: **JOHN D. ROBERTS**

Title    U.S.A. vs. Paul Michael Evans

Dates of Hearing/Trial:    May 1, 2006

Deputy Clerk/Recorder:    April Karper

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Joseph Bottini | MJ Haden |
|  |  |
|  |  |

----------------------------------------------EXHIBITS----------------------------------------------

| PLAINTIFF | | | DEFENDANT | | | WITNESSES | | |
|---|---|---|---|---|---|---|---|---|
| EX # | ID | AD | EX # | ID | AD | W- | NAME/DESCRIPTION OF EXHIBIT | CALLED BY |
|  |  |  |  |  |  | W-1 | Christina Spencer | △ |
|  |  |  |  |  |  | W-2 | Nicholas Evans | △ |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |