AO 442 (Rev. 12/85) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
ALASKA

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

MAY 0 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

UNITED STATES OF AMERICA

V.

PAUL MICHAEL EVANS

**WARRANT FOR ARREST**

CASE NUMBER: 3:06-cr-00028-RRB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Paul Michael Evans and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[XXX] Indictment  [] Information  [] Complaint  [] Order of Court  [] Violation Notice  [] Probation Violation Petition

charging him or her with (brief description of offense):
18:922(g)(1) and 924(a)(2) - Felon in Possession of a Firearm - Count 1
18:922(k) and 924(a)(2) - Possession of a Firearm With an Obliterated Serial Number - Count 2

Ida Romack
Name of Issuing Officer

by _____ Deputy Clerk
Signature of Issuing Officer

Bail Fixed at $ To be determined

Clerk of Court
Title of Issuing Officer

March 23, 2006 at Anchorage, AK
Date and Location

by Magistrate Judge John D. Roberts

**RETURN** UNEXECUTED

This warrant was received and executed with the arrest of the above-named defendant at: _____

WACAP ISSUED

| DATE RECEIVED 24 MAR 2006 | NAME AND TITLE OF ARRESTING OFFICER STACY MELTON SDUSM - USMS | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 29 MAR 2006 | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: Paul Michael Evans

ALIAS: _____

LAST KNOWN RESIDENCE: ___

LAST KNOWN EMPLOYMENT: Delivery Driver/Laborer

PLACE OF BIRTH: _____

DATE OF BIRTH: ___

SOCIAL SECURITY NUMBER ___

HEIGHT: 5'9     WEIGHT: 180

SEX: male     RACE: White

HAIR: brown     EYES: blue

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: ___     on

FBI NUMBER _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: ATF, Rebecca Bobich, 271-5701