# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

## RELEASE ORDER

TO:  UNITED STATES MARSHAL

RE:  UNITED STATES OF AMERICA VS.  Paul Michael Evans

CASE NO:  3:06-cr-00028-RRB

---

Defendant  Paul Michael Evans,

has this date met the bail conditions indicated below and is ordered discharged from custody.

✓ Released to  Probation/Pretrial Services , the third party custodian(s).

_____ Paid cash bail in the amount of _____ to the Clerk of Court.

_____ Posted unsecured bond in the amount of _____

_____ Posted bond secured by ____ property or ____ surety in the amount of _____ with the Clerk of Court.

_____ Surrendered passport to the Clerk of Court.

✓ Other: release only 5/5/06 before 9am to pretrial services office.

Dated at  Anchorage , Alaska this  4th  day of  May , 2006

REDACTED SIGNATURE
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal