M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>PAUL MICHAEL EVANS,<br><br>           Defendant. | Case No. 3:06-cr-0028-RRB<br><br>**MOTION ON SHORTENED TIME TO MODIFY CONDITIONS OF RELEASE** |

Defendant, Paul Michael Evans, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time to modify the conditions of release to include work release. On May 5, 2006, this court released Mr. Evans subject to the following conditions:

- Twenty-four hour third-party custodian Nicholas and Ebony Evans;

- Reside with his brother and sister-in-law, Nicholas and Ebony Evans, at 6806 Colonial Court, Anchorage, Alaska;

- Subject to a curfew of 7 p.m. to 7 a.m.;

- Electronic monitoring during curfew hours;

- No unsupervised contact with Elizabeth Brandt;

- U/As as directed by probation;
- Not depart the Greater Anchorage Area;
- Not possess weapons;
- Weekly reporting to pretrial services;
- Unsecured bond in the amount of $25,000.

During the hearing, the government suggested that the court consider allowing Mr. Evans to work while out on pretrial release so that Mr. Evans could contribute to the support of his family. The court invited Mr. Evans to re-petition the court should he find employment. Mr. Evans now has located employment and seeks to have his conditions modified to allow him to accept the job that has been offered to him. The modification would include the following:

- Extend his curfew to 9:00 p.m. to 6 a.m.;
- Extend his travel range to include Wasilla;
- Allow him to be without his third-party during working hours.

Mr. Evans would be working for Blacktop Pavement, Inc. As he has his commercial driver's license, his job would be to drive the dump truck. His hours would vary, but would include a starting time of 7:00 a.m. and extend to as late as 8:00 p.m. His normal work week would be Monday through Friday; however, there might be a need for him to occasionally work on Saturday. This information is supported by the attached affidavit of counsel.

Thus, based on the above, Mr. Evans asks that the court modify his conditions to allow him to work and support his family. If the court believes that a hearing

is necessary, undersigned counsel is unavailable on Thursday, May 11, 2006, because of proceedings in Fairbanks.

DATED this 9th day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on May 9, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Larry D. Card, Esq.

/s/ M. J. Haden