UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>PAUL MICHAEL EVANS,<br><br>          Defendant. | Case No. 3:06-cr-0028-RRB<br><br>**PROPOSED<br>ORDER MODIFYING<br>CONDITIONS OF RELEASE** |

      After due consideration of defendant's motion on shortened time, the court GRANTS/DENIES the motion.

      After due consideration of defendant's motion to modify conditions, the court GRANTS/DENIES the motion. The defendant's conditions of release are hereby modified to allow him to accept employment with Blacktop Paving, Inc. Mr. Evans' curfew is extended to the hours of 9:00 p.m. to 6:00 a.m. His range of travel is extended to include Wasilla. The requirement for third-party custodian is suspended during his working hours. All other conditions remain as originally imposed.

      DATED _____, 2006, in Anchorage, Alaska.


_____
John D. Roberts
United States Magistrate Judge