M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>PAUL MICHAEL EVANS,<br><br>               Defendant. | Case No. 3:06-cr-0028-RRB<br><br>**AFFIDAVIT OF COUNSEL** |

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

       M. J. Haden, being first duly sworn upon oath, deposes and states:

       1.     I am the attorney in the above-captioned case.

       2.     On May 9, 2006, I spoke with Joey Bresser, the owner/operator of Blacktop Paving, Inc.  Mr. Bresser advised that he had been contacted by Mr. Evans regarding employment with his company.  Mr. Bresser advised that Mr. Evans had worked for his company in the past and that he had been very satisfied with Mr. Evans' performance.  He considered Mr. Evans an excellent employee.

3. Mr. Bresser advised that he would be willing to rehire Mr. Evans. Mr. Bresser explained that because Mr. Evans holds a commercial driver's license, that Mr. Evans would be employed as a dump truck driver whose responsibility would be to haul product to the work site and remove debris from the work site to the dump.

4. Mr. Bresser advised that his company has customers in both the Anchorage and Wasilla areas. The hours vary, but basically the day starts at 7:00 a.m. and could run as late as 8:00 p.m. The hours are generally Monday through Friday, but occasionally a project would continue into Saturday.

5. Mr. Bresser confirmed that Mr. Evans could start work for his company on Monday, May 15, 2006. Mr. Bresser is aware of Mr. Evans' current litigation.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
M. J. Haden

SUBSCRIBED AND SWORN to before me this 9th day of May, 2006.

STATE OF ALASKA
NOTARY PUBLIC
Lenora L. Roehling
My Commission Expires: March 14, 2007

Lenora L. Roehling
Notary Public in and for Alaska
My Commission Expires: 3/14/2007