M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>PAUL MICHAEL EVANS,<br><br>                Defendant. | Case No. 3:06-cr-0028-RRB<br><br>**MOTION ON SHORTENED TIME FOR HEARING REGARDING MOTION TO MODIFY CONDITIONS OF RELEASE** |

Defendant, Paul Michael Evans, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time for a hearing regarding Mr. Evans' motion to modify his conditions of release filed at Docket 33.

On May 9, 2006, Mr. Evans filed a motion on shortened time asking that his bail conditions be modified to allow him to work as a dump-truck driver while out on third-party release.  Mr. Evans proposed that he would be working for Blacktop Pavement, Inc.  He asked that his curfew be extended to 9:00 p.m. to 6 a.m.; that his travel range be extended to include Wasilla; and that the court allow him to be without this third-party

custodian during working hours. The government has filed no response to Mr. Evans' motion.

Mr. Evans asks that the court schedule a hearing on this matter at a time convenient to the court and counsel. Undersigned counsel is unavailable on Thursday, May 25, 2006, due to business in Fairbanks.

DATED this 19th day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on May 19, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Larry D. Card, Esq.

/s/ M. J. Haden