UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PAUL MICHAEL EVANS,<br><br>　　　　　Defendant. | Case No. 3:06-cr-0028-RRB<br><br>**PROPOSED**<br>**ORDER SCHEDULING HEARING** |

After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

After due consideration of defendant's motion for hearing, the court GRANTS the motion. A bail modification hearing shall be held on _____, 2006, at _____ a.m./p.m.

DATED _____, 2006, in Anchorage, Alaska.


_____
John D. Roberts
United States Magistrate Judge