M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>PAUL MICHAEL EVANS,<br><br>        Defendant. | Case No. 3:06-cr-0028-RRB<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO ALLOW TELEPHONIC APPEARANCE OF WITNESS AT BAIL MODIFICATION HEARING** |

      Defendant, Paul Michael Evans, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time for an order allowing the telephonic appearance of Joey Bresser at the bail modification hearing scheduled for Tuesday, May 23, 2006, at 10:00 a.m. Mr. Bresser is the owner/operator of Blacktop Paving, Inc. Mr. Evans is requesting that he be granted permission to work for Mr. Bresser's company while on pretrial release. Mr. Bresser will be available to testify telephonically from (907) 250-4234.

      This motion is unopposed by Assistant United States Attorney Larry Card.

DATED this 22nd day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on May 22, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Larry D. Card, Esq.

/s/ M. J. Haden