UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PAUL MICHAEL EVANS,<br><br>　　　　Defendant. | Case No. 3:06-cr-0028-RRB<br><br>**PROPOSED<br>ORDER GRANTING<br>TELEPHONIC PARTICIPATION** |

　　　　After due consideration of defendant's motion on shortened time, the court GRANTS/DENIES the motion.

　　　　After due consideration of defendant's motion to allow the telephonic appearance of witness Joey Bresser, the motion is hereby GRANTED. Mr. Bresser may appear telephonically at the bail modification hearing scheduled for Tuesday, May 23, 2006, at 10:00 a.m.

　　　　DATED _____, 2006, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　John D. Roberts
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge