**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>  USA  </u>  v.  <u> PAUL EVANS </u>

DATE:  <u>  July 26, 2006  </u>   CASE NO.   <u> 3:06-CR-0028-RRB </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
SCHEDULING HEARING**

---

A hearing on the Government's Ex Parte Expedited Motion for Issuance of Arrest Warrant for Violations of Release Conditions Pending Sentencing and Motion to Revoke Release Conditions (Docket 45) will be held on **Thursday, July 27, 2006, at 9:15 a.m.**, in Courtroom 4 in Anchorage, Alaska.

M.O. SCHEDULING HEARING