AO 442 (Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT
### DISTRICT OF ALASKA

RECEIVED
JUL 2 7 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA

V.

PAUL M. EVANS

**WARRANT FOR ARREST**

CASE NUMBER: 3:06-CR-00028-RRB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest PAUL M. EVANS and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[] Indictment  [] Information  [] Complaint  [XX] Order of Court  [] Violation Notice  [] Probation Violation Petition

charging him or her with (brief description of offense):
VIOLATION OF PRETRIAL RELEASE CONDITIONS

in violation of Title  United States Code, Section(s)

Ida Romack
Name of Issuing Officer

**redacted signature**   Deputy Clerk

Bail Fixed at $ to be determined

Clerk of Court
Title of Issuing Officer

July 25, 2006, at Anchorage, Alaska
Date and Location

by  Magistrate Judge John D. Roberts

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: 1625 E. 64th St. #15, Anchorage, AK. |

| DATE RECEIVED 7/25/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7/25/06 | Brad Quillen, DUSM | |