M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 3:06-cr-0028-RRB |
| vs. | |
| PAUL MICHAEL EVANS, | **DEFENDANT'S SENTENCING MEMORANDUM** |
| Defendant. | |

Defendant, Paul Michael Evans, by and through counsel M. J. Haden, Staff Attorney, files the following sentencing memorandum to aid the court at the imposition of sentencing scheduled for Tuesday, August 22, 2006.

I. <u>Procedural History</u>

Mr. Evans is charged with being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g); prohibited person in possession of a firearm in violation of 18 U.S.C. § 922(k); and possession of a firearm with an obliterated serial number.  On June 5, 2006, Mr. Evans entered a plea of guilty to all three counts.  His plea was made pursuant to a written plea agreement.  In the plea agreement, the parties agree that a sentence of 33

months is the appropriate disposition. There are no unresolved objections to the presentence report.

II.     Mr. Evans' Personal History

Mr. Evans is a 30 year old father of three girls ranging from 10 to 4 years old. Mr. Evans grew up in a stable family environment and continues to maintain a close relationship with his parents and siblings. See Attachment A, letters from mother, father, and brother. He has a strong work ethic and has spent the last four or five years working as a commercial driver and laborer. See Attachment B, letter from employer.

Although Mr. Evans has only one prior felony conviction, he is in Criminal History Category VI. As the presentence report shows, Mr. Evans has a history of domestic violence. All his convictions stem from his relationship with Elizabeth "Liz" Brandt, the mother of two of his daughters. As documented by the PSR, Mr. Evans has participated in several anger management courses. He realizes that he must address this issue in order to lead a productive life and provide for his children. Mr. Evans wants to maintain a close relationship with his children and plans to continue to work to resolve his anger issues. He hopes to participate in any programs available to him while incarcerated and looks forward to follow-up counseling during his supervised release period.

III.    Proposed Sentence

Mr. Evans respectfully requests that the court impose the following sentence:

- 33 months of incarceration;
- 3 years of supervised release;
- $300 special assessment.

There is no restitution owed in this case.  The parties agree that Mr. Evans does not have the ability to pay a fine.

DATED this 15th day of August, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on August 15, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

and a copy was hand delivered to:

United States Probation/Pretrial Services
222 West Seventh Avenue, No. 48, Room 168
Anchorage, AK  99523

/s/ M. J. Haden