August 7, 2006

Re: Paul Evans

To Whom It May Concern:

My name is Sherree Evans and I am Paul's mom. I believe that Paul being out of jail and living with his brother, Nicholas was the best thing for Paul. He was able to see his brother's way of life. To go to church and to live a Christian life. We saw a different Paul. I feel that his troubles are because he is in a bad relationship (with Liz). I believe if he did not have children by her they would have been through a long time ago. I know Paul is a good father and loves his children very much. He has 2 daughters by Liz and another daughter by Rhonda. When Rhonda and him broke off he had a hard time seeing his daughter. I feel he stays in this relationship with Liz to see his daughters.
Paul is a very hard worker. He is a good son. I feel that if he has to go to jail that he should be able to stay in the state of Alaska so he can still have contact with his family.
I hope are request to leave Paul here in Alaska will be consider.

Thanks you,
Sherree Evans

*Sherree Evans* (signature)

August 7, 2006

To: Whom it may concern

Subject: Paul Evans character reference

Although I am Paul's natural father I am not writing this on his behalf for that reason. I have brought up my Son's to accept responsibility for their actions weather they be good or bad. Unfortunately for my Son he has made several bad choices in his lifetime for which he will pay for the rest of his life. Mostly the choice of partners he has decided to be with has been his downfall. In this particular case I am speaking about Liz. If you check the number of incidents that have occurred directly involving Liz it would be very clear that they have had a very up and down relationship. It should also become very clear that she has serious problems and one numerous occasions has outright lied just to "get even" with Paul for something she was angry about. I am personally aware of several incidents where she put a restraining order against Paul and then called him to tape the conversation. On one such incident she had him arrested after he did not comply with her wishes. Once he was put in jail and then she changed her story so many times the charges were dropped.

I am not trying to make Paul look like just a victim. I have personally tried to get him to break off his relationship with Liz because of these very incidents. However; I would like to tell the court another side of the story that I believe should be considered. Paul loves his children with all his heart and would do anything to ensure they are getting what they need. His girls love him and know beyond a shadow of a doubt that their daddy would do anything for them. Paul has an older daughter from another mother. He constantly attempts to visit and be with her as well. He pays child support for each of his kids and when he is working he has the support taken out of his pay as he will be in arrears for a very long time. He provides additional clothing as he can and tries to always be there for birthdays and Christmas with presents for his kids. He was even let out on third party so he could work and help support his kids.

Since his third party release he has maintained constant contact and support for the girls as he could. Liz has sold some of his things including his motorcycle while he was in jail to pay rent. I don't even know what kind of a deal he made nor how long he is looking at being in jail again but I do know that his relationship with Liz is on and off again but he still maintains contact with the girls. I feel if the girls (his children) were not in the picture his relationship would have been over a long time age. He has the threat that she will not let him see the girls. I believe once he has completed his time he will be able to move on to a better relationship and hopefully still be able to see the girls although I am sure Liz will attempt to "stir the pot" as she can. Paul has been attending church with his brother and has told me that he has come to realize that since he has strayed from the church he has not been able to keep out of trouble.

I am asking the court to consider that Paul has a strong desire to be with his children as they grow up in this crummy world and help teach them the right path to take using himself as an example. I have seen the hurt in his face as he speaks to his girls about the bad choices he has made and how he must pay for them. I have seen a big change since

he has gotten back into church. I am asking the court to consider these facts when it comes to making a decision for his sentence. Paul will be the first to tell you he did wrong and he knows he has to pay for that.

*Gary Evans*

8-6-06

To whom it may concern,

Over the past few months my brother has been living with me + my family on third party. When he first came to stay with us we were a bit concerned about his attitude + lifestyle. But to our suprise one of our biggest concerns (his smoking) we found out that he quit that cold turkey while incarcerated. The other concern was the way he spoke around our children. But before we totally commited to being third parties we talked + layed down some guidelines. At first it was a little bit rocky, but he definatly tried + eventually managed to get a hold of his toounge. From that point on we started to notice a drastic change in his whole personality. Everything from the way he spoke, thought, his attitude, + his look on life began to change. I'm sure the fact that he had to go to church had something to do with it, but just because you go to church doesn't mean anything, it has to be a personal choice to try to better yourself + make a change. I believe that is what Paul did + is still trying to do, the church I believe was helping to push Paul in the direction he needed to go. While he was out + still under our watch there were many times he would come to me for advice on how he should handle certain situations + try to make the

right kind of responses to that situation. He wasn't always able to make those right responses, but as time went by his reactions + choices became more + more positive. Obviously he is not perfect + has made many bad choices in his life, but the one thing I have noticed about Paul is he is persuaded by his surroundings. Even though he must go to jail I don't believe that it is the best thing for him. I believe the longer he has to stay in jail it will eventually take a toll on him + effect all the things he is trying to change in his life. Also I know how much he cares for his children + I've seen first hand what kind of bond they have. His kids absoulutly love him + he is the most important person in thier lives. I don't believe Paul has truely looked at what kind of example + role model he is being + I can only pray he will realize how much his life shapes + molds the lives of his children. I know that he has recently given his life to Christ + with prayer + the power of Christ he can turn his life around + be a respectable + upstanding father + person. I love my brother with all my heart + hope his life will be extreamly improved + blessed after having finished his time.

God Bless
Nicholas