

**20 Years of Service • 1983 - 2003**

Aug 9, 2006

Judge Biestline
US Federal District Court Judge

Honorable Judge Biestline:

My name is Jeanette Wakefield and I am the President of AAA Moving & Storage.

Paul Evans was an employee of mine for several years.
While Paul was in my employ I depended on Paul to complete his work in a professional manner.

I do not remember Paul failing to complete any job assigned him in a professional and customer satisfactory manner. Paul started as a laborer and became a highly trusted driver while AAA employed him.

Toward the end of his employment he began going through major personal problems in his relationship with his family. He was not able to exclude his personal problems from his professional responsibilities and he voluntarily left our employment. During the period leading up to his resignation I had the opportunity to talk several times with Paul about some of the issues he was facing. I feel he tried as best he could to work through them.

I do believe that Paul has really attempted to straighten his life out and is capable of doing what he needs to do to be successful. If you should need to contact me please feel free to contact me at 276-3506.

Sincerely

*Jeanette R Wakefield*

Jeanette R Wakefield

| Corporate Headquarters | Washington Branch | Kodiak Branch | Fairbanks Branch | Juneau Branch |
|---|---|---|---|---|
| 717 E. Ship Creek Avenue | P.O. Box 98687 | 11590 Rezanof West | 1900 Livengood | P.O. Box 34361 |
| Anchorage, Alaska 99501 | Tacoma, Washington 98498 | Kodiak, Alaska 99615 | Fairbanks, Alaska 99701 | Juneau, Alaska 99801 |
| Phone: (907) 276-3506 | Phone: (253) 588-9555 | Phone: (907) 487-2140 | Phone: (907) 451-0282 | Phone: (907) 780-4374 |
| Fax: (907) 258-3986 | Fax: (253) 588-9406 | Fax: (907) 487-4999 | Fax: (907) 452-5233 | Fax: (907) 780-4521 |

United States v. Evans                                    Exhibit B
Case No. 3:06-cr-0028-RRB                              Page 1 of 2

To whom it may concern,

My name is Brad Cutway and I own BlackTop Paving. Paul Evans was an employee of mine for a couple of years now and I'm glad to say that he was an excellent employee, very prompt and eager to work. He seems to have a good understanding of life and I hope that whatever happened in his life to maybe make not so good decisions were the exception and not the normal, as I'm sure it was. As someone who has been thru that part of life where bad decisions put you at a very crucial fork in the road and must have made the right choices with gods help, I think Paul has the ability to understand the importance of future decisions and past errors. I hope my letter helps you see this young man as I do, a young man who has made some mistakes, as so many young people do. I hope this court helps him, not just lock him away with other people who will only be a bad influence but allow him to be surrounded by people who can help him, thank you for your time.

Brad Cutway
BlackTop Paving

Sep 14 06 10:52a    Joey Bresser    3360981    p.1