The Honorable Judge Beistline
Federal Court
Anchorage, AK

August 21, 2006

Judge Beistline,

My name is Nicholas Flores and I am a friend to Paul Evans. I am writing this letter in support of Paul and to give some insight as to his character. I met Paul through his brother Nick I have known Paul for about 5 months. During the time I have known Paul I saw a man with a sincere desire to be a loving father and to learn about Christ and His teaching. Paul often spoke of his child and one could hear and see the love he has. Paul regularly attended Church and I often saw him at Bible studies that were held in his home. While at Bible study I saw Paul's interaction with his young nephew and niece. Paul was always attentive to both of them, holding them, feeding them, playing with them and giving them direction. Paul was always kind and soft spoken with them. I also observed Paul's interaction with his brother and sister in law. Paul and his brother Nick often had discussion on the direction of Paul's life and Paul always listened and appreciated Nick's advice. The interaction I observed between Paul and his sister in law Ebony was always respectful.

Paul also spoke of his past. While not going into detail about past events, Paul did express that he was looking for and has found new direction for his life. Paul also spoke of work often saying he appreciated the kind of work he did and that he liked the physical demands his job afforded.

In short I would like to say that I offer my support of Pau and I see him to be a positive influence in Anchorage and his family.


Respectfully Submitted,

Nicholas Flores
580 N. Bunn St.
Anchorage, AK 99508
(907) 350-9479