```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. <u>PAUL MICHAEL EVANS</u>          CASE NO. <u>3:06-cr-00028-RRB</u>
Defendant:  <u>X</u> Present  <u>X</u> In Custody

BEFORE THE HONORABLE:          <u>RALPH R. BEISTLINE</u>

DEPUTY CLERK/RECORDER:         <u>APRIL KARPER</u>

UNITED STATES' ATTORNEY:       <u>DAVID NESBETT</u>

DEFENDANT'S ATTORNEY:          <u>MJ HADEN</u>

U.S.P.O.:                      <u>SCOTT KELLEY</u>

PROCEEDINGS: IMPOSITION OF SENTENCE HELD AUGUST 22, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:06 a.m. court convened.

<u>X</u> Notice of Appeal form given to defendant.

<u>X</u> Court stated findings/reasons pursuant to sentencing guidelines.

<u>X</u> Imprisonment for a period of <u>39 months.</u>

<u>X</u> Defendant placed on supervised release for a period of <u>3</u> years under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

<u>X</u> Special Assessment $<u>300.00</u>, due <u>immediately.</u>

<u>X</u> Defendant remanded to the custody of the U.S. Marshal.

<u>X</u> OTHER: <u>Court and counsel heard re presentence report; court accepted presentence report. Appeal rights given. Payment Coupon given to defendant.</u>

At 9:51 a.m. court adjourned.


DATE:     <u>August 22, 2006</u>     DEPUTY CLERK'S INITIALS:    <u>ak</u>