```
                         ***AMENDED***
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs.  PAUL MICHAEL EVANS           CASE NO. 3:06-cr-00028-RRB
Defendant: X Present  X In Custody

BEFORE THE HONORABLE:     RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:    APRIL KARPER

UNITED STATES ATTORNEY:   DAVID NESBETT

DEFENDANTS ATTORNEY:      M.J. HADEN

U.S.P.O.:                 SCOTT KELLEY

PROCEEDINGS: IMPOSITION OF SENTENCE HELD AUGUST 22, 2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:06 a.m. court convened.

X Notice of Appeal form given to defendant/defense counsel.

X Court stated findings/reasons pursuant to sentencing guidelines.

X Imprisonment for a period of 39 months ***on each of counts 1, 2 and 3; all such terms to run concurrently.

X Defendant placed on supervised release for a period of 3 years under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

X Special Assessment $ 300.00, due immediately.

X Defendant remanded to the custody of the U.S. Marshal.

X OTHER: Court and counsel heard re: Presentence Report; Court accepted Presentence Report; Appeal rights given to defendant; Payment coupon given to defendant

At 9:51 a.m. court adjourned.


DATE: AUGUST 23, 2006           DEPUTY CLERK'S INITIALS: nkd/ak