M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>PAUL MICHAEL EVANS,<br><br>                Defendant. | Case No. 3:06-cr-0028-RRB<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO AMEND JUDGMENT TO INCLUDE JUDICIAL RECOMMENDATION FOR DESIGNATION TO<br>FCI TERMINAL ISLAND** |

       Defendant, Paul Michael Evans, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time to amend the judgment in the above styled case to include a judicial recommendation that Mr. Evans be designated to FCI Terminal Island to serve his time of imprisonment.

       Mr. Evans was sentenced before this court on Tuesday, August 22, 2006. No judicial recommendation was requested at that time.  Mr. Evans now respectfully requests that the court amend the judgment to include a judicial recommendation that the Bureau of Prison designate Mr. Evans to FCI Terminal Island, as his grandparents reside

in the area near the facility. In addition, Mr. Evans would like to participate in the welding apprenticeship offered by the institution.

This motion is made pursuant to Rule 36 of the Federal Rules of Criminal Procedure and in unopposed by Special Assistant United States Attorney David Nesbett.

DATED this 24th day of August, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on August 24, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

/s/ M. J. Haden