UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

  USA   v.   PAUL MICHAEL EVANS  

DATE:   August 25, 2006        CASE NO.    3:06-CR-0028-RRB  

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**GRANTING MOTION TO AMEND JUDGMENT**

---

Defendant's Unopposed Motion to Amend Judgment at Docket 60 is **GRANTED**. The Judgment shall be amended to include a judicial recommendation that Mr. Evans be designated to FCI Terminal Island to serve his time of imprisonment.